**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian (SBN 249203)
Mona Amini (SBN 296829)
245 Fischer Avenue, Suite D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523
Email: ak@kazlg.com
Email: mona@kazlg.com

**MIGLIACCIO & RATHOD LLP**
Nicholas A. Migliaccio*
Jason S. Rathod*
412 H Street NE, Suite 302
Washington, DC 20002
Telephone: (202) 470-3520
Facsimile:  (202) 800-2730
Email: nmigliaccio@classlawdc.com
*Pro Hac Vice Application forthcoming

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE RIGGS, individually an on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRISTAR INSURANCE GROUP, INC,<br><br>Defendant. | Case No.:  2:24-cv-01522-SPG-E<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO CONSOLIDATE CASES AND APPOINT INTERIM CO-LEAD COUNSEL**<br><br>DATE:  August 7, 2024<br>TIME:   1:30 p.m.<br>COURTROOM: 5C<br>JUDGE:  Judge Sherilyn Peace Garnett |
| BRETT GARROTE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRISTAR INSURANCE GROUP, INC.,<br><br>Defendant. | Case No. 2:24-cv-02927-SB-RAO |

PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO CONSOLIDATE CASES
AND APPOINT INTERIM CO-LEAD COUNSEL

Plaintiffs Bruce Riggs and Brett Garrote ("Plaintiffs") hereby submit the following reply in support of Plaintiffs' Motion to Consolidate Cases and Appoint Interim Co-Lead Counsel (Dkt. No. 23).

On July 1, 2024, Plaintiffs in the above-captioned matters, *Riggs v. TRISTAR Insurance Group, Inc.*, No. 2:24-cv-01522-SPG-E ("*Riggs*") and *Garrote v. TRISTAR Insurance Group, Inc.*, No. 2:24-cv-02927-SB-RAO ("*Garrote*") (together, the "Related Cases"), filed Plaintiffs' Motion to Consolidate Cases and Appoint Interim Co-Lead Counsel ("Plaintiffs' Motion"), moving the Court for an Order:

1. Consolidating, pursuant to Federal Rule of Civil Procedure ("Rule") 42(a), the Related Cases—*Riggs* and *Garrote*—presently before this Court and filed in this District concerning the TRISTAR Insurance Group, Inc. data breach, and any future related actions arising from the same data breach which may be filed in, removed to, or transferred to this Court, under the docket number of the first-filed *Riggs* case, No. 2:24-cv-01522-SPG-E, and under the caption *In re TRISTAR Insurance Group Data Breach Litigation*; and

2. Appointing Abbas Kazerounian and Mona Amini of Kazerouni Law Group, APC, and Nicholas Migliaccio and Jason Rathod of Migliaccio & Rathod LLP, as Interim Co-Lead Class Counsel pursuant to Rule 23(g).

Plaintiffs' Motion is scheduled for hearing before this Court on August 7, 2024 at 1:30 p.m. in Courtroom 5C before the Honorable Sherilyn Peace Garnett. As stated in the Notice of Plaintiffs' Motion (Dkt. No. 23), the parties conferred pursuant to Local Rule 7-3, and Defendant's counsel has indicated that Defendant does not oppose Plaintiffs' Motion to Consolidate and takes no position as to the appointment of Interim Co-Lead Counsel. Nevertheless, pursuant to Local Rule 7-9, the deadline to file and serve any opposition to Plaintiffs' Motion was twenty-one (21) days before the date designated for the hearing of Plaintiffs' Motion. To date, there has been no opposition filed in response to Plaintiffs' Motion. Pursuant to Local Rule 7-12, the lack of any

PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO CONSOLIDATE CASES
AND APPOINT INTERIM CO-LEAD COUNSEL

opposition to Plaintiffs' Motion may be deemed consent to the Court granting Plaintiffs' Motion.

Based on the foregoing, the record in this matter, and Plaintiffs' moving papers, Plaintiffs respectfully request that Plaintiffs' Motion to Consolidate Cases and Appoint Interim Co-Lead Counsel be granted.

Respectfully submitted,

Dated: July 24, 2024            **KAZEROUNI LAW GROUP, APC**

By: */s/ Mona Amini*
    Abbas Kazerounian
    Mona Amini
    245 Fischer Avenue, Suite D1
    Costa Mesa, California 92626
    Telephone: (800) 400-6808
    Facsimile:  (800) 520-5523
    ak@kazlg.com
    mona@kazlg.com

**MIGLIACCIO & RATHOD LLP**
Nicholas A. Migliaccio*
Jason S. Rathod*
412 H Street NE, Suite 302
Washington, DC 20002
Telephone: (202) 470-3520
Facsimile:  (202) 800-2730
Email: nmigliaccio@classlawdc.com

*Pro Hac Vice Application forthcoming*

*Attorneys for Plaintiffs*

2

PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO CONSOLIDATE CASES AND APPOINT INTERIM CO-LEAD COUNSEL

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kazerouni Law Group, APC, 245 Fischer Avenue, Unit D1, Costa Mesa, CA 92626. On July 24, 2024, I served the within document(s):

**PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO CONSOLIDATE CASES AND APPOINT INTERIM CO-LEAD COUNSEL**

☒      CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on July 24, 2024, at Costa Mesa, California.

By: /s/ *Mona Amini*

Mona Amini

PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO CONSOLIDATE CASES
AND APPOINT INTERIM CO-LEAD COUNSEL