Case 2:24-cv-01522-SPG-E   Document 28   Filed 01/27/25   Page 1 of 3   Page ID #:179

**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian (SBN 249203)
Mona Amini (SBN 296829)
245 Fischer Avenue, Suite D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523
Email: ak@kazlg.com
Email: mona@kazlg.com

**MIGLIACCIO AND RATHOD LLP**
Nicholas A. Migliaccio*
Jason S. Rathod*
412 H Street NE, Suite 302
Washington, DC 20002
Telephone: (202) 470-3520
Facsimile:  (202) 800-2730
Email: nmigliaccio@classlawdc.com
Email: jrathod@classlawdc.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE RIGGS, individually an on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>TRISTAR INSURANCE GROUP, INC.<br><br>                    Defendant. | Lead Case No.:  2:24-cv-01522-SPG-E<br><br>**CLASS ACTION**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** |
| BRETT GARROTE, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>TRISTAR INSURANCE GROUP, INC.,<br><br>                    Defendant. | |

1

NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Bruce Riggs and Brett Garrote ("Plaintiffs") hereby file their Notice of Voluntary Dismissal of the above-captioned consolidated action against Defendant TRISTAR INSURANCE GROUP, INC. ("TRISTAR") without prejudice. TRISTAR has not answered Plaintiffs' Complaint nor moved for summary judgment.

Dated: January 27, 2025          Respectfully submitted

By: /*s/ Mona Amini*
Mona Amini
Abbas Kazerounian
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue, Suite D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523
ak@kazlg.com
mona@kazlg.com

**MIGLIACCIO AND RATHOD LLP**
Nicholas A. Migliaccio*
Jason S. Rathod*
412 H Street NE, Suite 302
Washington, DC 20002
Telephone: (202) 470-3520
Facsimile:  (202) 800-2730
Email: nmigliaccio@classlawdc.com
Email: jrathod@classlawdc.com

*Attorneys for Plaintiffs and Interim Co-Lead Counsel for the  Proposed Class*

2

NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE

**KAZEROUNI
LAW GROUP, APC**

## <u>CERTIFICATE OF SERVICE</u>

I am over the age of eighteen years, and not a party to the within action.  My business address is Kazerouni Law Group, APC, 245 Fischer Avenue, Unit D1, Costa Mesa, CA 92626. On January 27, 2025, I served the within document:

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**

☒    CM/ECF - by transmitting electronically the document listed above to the electronic case filing system on this date before 11:59 p.m.  The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on January 27, 2025, at Costa Mesa, California.

/s/ Mona Amini
MONA AMINI, ESQ.

3

NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE
